Argued and submitted September 12, review dismissed as improvidently allowed
October 6, 1994

## Eric N. SMITH,
*Petitioner on Review,*

*v.*

## Gerald R. HARMS
and Greg Harms,
*Defendants,*

*and*

## Michael T. MANSFIELD
and Vicki J. Mansfield,
dba 7-Eleven Food Store, Number 2343-23999b,
7-Eleven Food Store, Inc., Number 2343-23999b,
and The Southland Corp.,
*Respondents on Review.*

(CC C900989 CV; CA A74556; SC S41018)

880 P2d 934

Clayton H. Morrison, Beaverton, argued the cause and filed the brief for petitioner on review.

Donald C. McClain, of McClain and Rayburn, Portland, argued the cause for respondents on review Michael T. Mansfield and Vicki J. Mansfield.

Rex Armstrong, of Bogle & Gates, Portland, argued the cause and filed a response for respondent on review The Southland Corp. With him on the response was Christopher L. Reive.

William H. Skalak, of Skalak & Alvey, Portland, filed a brief on behalf of *amicus curiae* Oregon Trial Lawyers Association.

Barry L. Adamson, Lake Oswego, filed a brief on behalf of *amicus curiae* Mothers Against Drunk Driving.

## MEMORANDUM OPINION

Review dismissed as improvidently allowed.